**Fill in this information to identify the case:**

Debtor name __5280 Auraria, LLC__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) __22-12059__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** **Auraria Stub LLC**<br>Creditor's Name<br><br>c/o Judah A. Zelmanovitz, Esq.<br>Fink & Zelmanovitz, P.C.<br>3839 Flatlands Avenue, Suite 206<br>Brooklyn, NY 11234<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1051 14th Street, Denver, CO 80202 and 1405 Curtis Street, Denver, CO 80202** | **$4,500,000.00** | **$65,000,000.00** |

Creditor's email address, if known

Describe the lien
**Deed of Trust**

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**
**12/23/2019**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **DB Auraria LLC**<br>Creditor's Name<br><br>1345 Avenue of the Americas, 46th Floor<br>New York, NY 10105<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**1051 14th Street, Denver, CO 80202 and 1405 Curtis Street, Denver, CO 80202** | **$51,118,238.11** | **$65,000,000.00** |
| --- | --- | --- | --- |

Creditor's email address, if known

Describe the lien
**Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    **5280 Auraria, LLC**
_____                    Case number (if known)    **22-12059**
Name

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Redi Carpet Sales of Colorado Inc.** | Describe debtor's property that is subject to a lien | $84,975.20 | $65,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**15100 E. 40th Ave Unit A
Denver, CO 80239**
Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**11/29/2021**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **SNR Contractors & Associates, Inc.** | Describe debtor's property that is subject to a lien | $15,133.80 | $65,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**19029 Plaza Dr. #250
Parker, CO 80134**
Creditor's mailing address

**Describe the lien**

**Mechanic's Lien**

Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**March 11, 2022**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $55,718,347.11 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Chipman Glasser, LLC**<br>**Jennifer M. Osgood**<br>**2000 S Colorado Blvd.**<br>**Tower One, Suite 7500**<br>**Denver, CO 80222** | Line **2.2** | |
| **Fortress Credit Corporation**<br>**1345 Avenue of the Americas**<br>**46th Floor**<br>**New York, NY 10105** | Line **2.2** | |
| **Terry Ehrlich**<br>**Arnold & Arnold LLP**<br>**7691 Shaffer Parkway, Suite A**<br>**Littleton, CO 80127** | Line **2.4** | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                                         Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **5280 Auraria, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF COLORADO |
| Case number (if known) | **22-12059** |

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Abby Krohn**<br>**1051 14th Street**<br>**Denver, CO 80202** | $375.00 | $375.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Abdulaziz Alhassan**<br>**1051 14th St.**<br>**Denver, CO 80202** | $1,286.90 | $1,286.90 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred<br>**01/15/2022** | Basis for the claim:<br>**Refund** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Adam Hantout**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **01/21/2022** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
■ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Adriana Coverdale**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **10/05/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,094.00 | $2,094.00 |
|---|---|---|---|---|

**Aia Norton**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/03/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Alex Alters**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/11/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address<br>**Alina Williams**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,007.00** | **$1,007.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/10/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address<br>**Allison Moorhead**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/19/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address<br>**Amish Gupta**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** | **$400.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/18/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address<br>**Andrew Ens**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** | **$400.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/16/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|
| | **Andrew Nguyen** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/18/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|
| | **Anna Bergman** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **09/16/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ No  ■ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|
| | **Anna Hoffman** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **01/31/2022** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Anna Thompson** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No  ☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number *(if known)* | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address<br>**Ashley Lancaster**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Audra Niermann**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**Aurelia Valente**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,282.00** | **$1,282.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/10/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.18 | Priority creditor's name and mailing address<br>**Austin Kopp**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$75.00** | **$75.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|
| | **Austin Kraft** | Check all that apply. | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **09/02/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,019.00 | $2,019.00 |
|---|---|---|---|---|
| | **Avery Frazier** | Check all that apply. | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/18/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Blake Bucca** | Check all that apply. | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|
| | **Brian White** | Check all that apply. | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address<br>**Cadence Thorne**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$225.00** | **$225.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**01/05/2022** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address<br>**Camilah Bailey**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$860.00** | **$860.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address<br>**Charles Edwards**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$350.00** | **$350.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**12/14/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address<br>**Charlotte Morelli**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** | **$400.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/10/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address<br>**Christian Dobao**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$350.00** | **$350.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**01/07/2022** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.28 | Priority creditor's name and mailing address<br>**Connor Kercheval**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/10/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address<br>**Dane Winter**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**08/10/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.30 | Priority creditor's name and mailing address<br>**Daniel Dugan**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,429.00** | **$1,429.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**09/07/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | **5280 Auraria, LLC** | Case number *(if known)* | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$925.15** | **$925.15** |
|---|---|---|---|---|

**Danylon Reagan**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **09/16/2021** | **Refund** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,678.00** | **$3,678.00** |
|---|---|---|---|---|

**David Ramirez**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **6/25/2021** | **Refund** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$375.00** | **$375.00** |
|---|---|---|---|---|

**Diana Hilton**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/17/2021** | **Refund** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$268.00** | **$268.00** |
|---|---|---|---|---|

**Donovan Velasquez Kerns**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **09/01/2021** | **Refund** |

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **5280 Auraria, LLC** | | Case number (if known) | **22-12059** |
|---|---|---|---|---|
| | Name | | | |

| 2.35 | Priority creditor's name and mailing address<br>**Edward Hartnett, III**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**10/08/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address<br>**Elise Jones**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address<br>**Elliot Fell**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** | **$400.00** |
| | Date or dates debt was incurred<br>**08/13/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address<br>**Emily Blehm**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Eric Hastings** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/10/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,095.00 | $2,095.00 |
|---|---|---|---|---|
| | **Essam Alzahrani** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **01/13/2022** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $377.00 | $377.00 |
|---|---|---|---|---|
| | **Gabby Gates** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/24/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Gabrielle Jones** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **09/16/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number *(if known)* | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Geoffrey McCloskey**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/30/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,420.00 | $1,420.00 |
|---|---|---|---|---|

**Grace Geraghty**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/23/20221**

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Hagen Hildebrandt**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/21/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☐ No
☑ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Hailey, Morfenski**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/30/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $325.00 | $325.00 |
|---|---|---|---|---|

**Hannah Russell**
**1051 14th St.**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/17/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Holly Beato**
**1051 14th St.**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/17/21** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Ian Dempsey**
**1051 14th St.**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **01/24/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
■ Yes

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,604.00 | $2,604.00 |
|---|---|---|---|---|

**Ian Spires**
**1051 14th St.**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/17/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| | | |
|---|---|---|
| Debtor | **5280 Auraria, LLC** | Case number (if known) **22-12059** |
| | Name | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Isaac Barbernell** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/18/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Isabel Beltran** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **09/30/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $938.00 | $938.00 |
|---|---|---|---|---|
| | **Isabella Wentland** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Jack Gilmartin** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **5280 Auraria, LLC** | | Case number (if known) | **22-12059** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
| --- | --- | --- | --- | --- |

**Jacob Zaidins**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/14/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
| --- | --- | --- | --- | --- |

**James McGhee**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/17/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
| --- | --- | --- | --- | --- |

**James Russell**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/12/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
| --- | --- | --- | --- | --- |

**Jonathan Ringman**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/17/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **5280 Auraria, LLC** | | | | Case number (if known) | **22-12059** |
|---|---|---|---|---|---|---|
| | Name | | | | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $790.00 | $790.00 |
|---|---|---|---|---|
| | **Jorge Armendarez**<br>**1051 14th St.**<br>**Denver, CO 80202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Juan Madrigal-Garcia**<br>**1051 14th St.**<br>**Denver, CO 80202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Juan Tovar**<br>**1051 14th St.**<br>**Denver, CO 80202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Keilanie Smithee**<br>**1051 14th St.**<br>**Denver, CO 80202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    

| Debtor | **5280 Auraria, LLC** | Case number *(if known)* | **22-12059** |
|---|---|---|---|
| | Name | | |

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Kelly Zhan**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **09/16/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Kolby VonFeldt**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/17/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Laia Forns**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/17/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|

**Leah Carney**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/18/2021** | **Refund** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **5280 Auraria, LLC** | Case number *(if known)* | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Liam Campbell** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/18/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 | $350.00 |
|---|---|---|---|---|
| | **Madelyn Bistodeau** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **01/31/2022** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Malcom Detlefs II** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **11/15/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|
| | **Meaghan Hay** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **01/04/2022** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | | Case number (if known) | **22-12059** |
|---|---|---|---|---|
| | Name | | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$400.00** | **$400.00** |
|---|---|---|---|---|
| | **Megan Hassler**<br>**1051 14th St.**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/11/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$400.00** | **$400.00** |
|---|---|---|---|---|
| | **Melissa Mueller**<br>**1051 14th St.**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**09/16/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>☐ No<br>■ Yes | | |

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$325.00** | **$325.00** |
|---|---|---|---|---|
| | **Mia McDaniel**<br>**1051 14th St.**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | **Michael Maloney**<br>**1051 14th St.**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | **Mira Svoboda** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | **Nicholas Vay** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | **Noah Alejo** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | **Oliver Molberg** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☑ No | | |
| | | ☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Omar Lemus Gomez** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/10/21** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Paul Stone** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/10/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|
| | **Peter Van Wyk** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **01/18/2022** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Reece King** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/10/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 | $375.00 |
|---|---|---|---|---|
| | **Risa Hirsh** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $336.50 | $336.50 |
|---|---|---|---|---|
| | **Robert Fawcett** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **08/17/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|
| | **Sara McDonald Severn** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **01/05 2022** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ No | | |
| | | ■ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.00 | $285.00 |
|---|---|---|---|---|
| | **Shakira Oviedo** | *Check all that apply.* | | |
| | **1051 14th St.** | ☐ Contingent | | |
| | **Denver, CO 80202** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **12/06/2021** | **Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ☐ No | | |
| | | ■ Yes | | |

Debtor **5280 Auraria, LLC**
_____
Name

Case number (if known)   **22-12059**
_____

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|------|---|---|---|---|

**Shelby James**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**02/03/2022**

Basis for the claim:
**Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.00 | $927.00 |
|------|---|---|---|---|

**Steven Bann**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/11/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|------|---|---|---|---|

**Sydney Batinick**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**08/24/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|------|---|---|---|---|

**Tanner Rogers**
**1051 14th St.**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**09/14/2021**

Basis for the claim:
**Refund**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☐ No
■ Yes

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
| | Name | | |

| 2.91 | Priority creditor's name and mailing address<br>**Taylor Chambers**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,355.00** | **$1,355.00** |
| | Date or dates debt was incurred<br>**09/13/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.92 | Priority creditor's name and mailing address<br>**Taylor Douglas**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.93 | Priority creditor's name and mailing address<br>**Terry Grace**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$400.00** | **$400.00** |
| | Date or dates debt was incurred<br>**09/14/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.94 | Priority creditor's name and mailing address<br>**Trae Beneck**<br>**1051 14th St.**<br>**Denver, CO 80202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$375.00** | **$375.00** |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $525.00 | $525.00 |
|---|---|---|---|---|

**Triston Russell**
**1051 14th St.**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/17/2021** | **Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $400.00 | $400.00 |
|---|---|---|---|---|

**Vanessa Wolberg**
**1051 14th St.**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/13/2021** | **Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25.00 | $25.00 |
|---|---|---|---|---|

**Victor Lemus Gomez**
**1051 14th St.**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **08/10/2021** | **Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 | $300.00 |
|---|---|---|---|---|

**Victoria Trujillo**
**1051 14th St.**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **12/17/2021** | **Refund** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$625.00** | **$625.00** |
|---|---|---|---|---|
| | **William Kingston**<br>**1051 14th St.**<br>**Denver, CO 80202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** | **$250.00** |
|---|---|---|---|---|
| | **William Mikota**<br>**1051 14th St.**<br>**Denver, CO 80202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**10/15/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,097.00** | **$1,097.00** |
|---|---|---|---|---|
| | **Wylie Strain**<br>**1051 14th St.**<br>**Denver, CO 80202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/12/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$375.00** | **$375.00** |
|---|---|---|---|---|
| | **Zachary Detlefs**<br>**1051 14th St.**<br>**Denver, CO 80202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**08/17/2021** | Basis for the claim:<br>**Refund** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | | |

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | 5280 Auraria, LLC | | Case number (if known) | 22-12059 |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,352.04 |
|---|---|---|---|
| | **14th Street General Improvement District**<br>**1515 Arapahoe Street, Tower 3, Suite 100**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __02/14/2020__ | Basis for the claim: __Suppliers or Vendors__ | |
| | Last 4 digits of account number __1001__ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,535.96 |
|---|---|---|---|
| | **Apartments.com**<br>**2563 Collection Center Dr.**<br>**Chicago, IL 60693** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __03/05/2021__ | Basis for the claim: __Suppliers or Vendors__ | |
| | Last 4 digits of account number __4881__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,516.00 |
|---|---|---|---|
| | **Arizona Elevator Solutions**<br>**208 South River Drive**<br>**Tempe, AZ 85281** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __03/13/2020__ | Basis for the claim: __Suppliers or Vendors__ | |
| | Last 4 digits of account number __0201__ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $624.97 |
|---|---|---|---|
| | **Ascentium Capital LLC**<br>**c/o Corporation Service Company**<br>**1900 W. Littleton Boulevard**<br>**Littleton, CO 80120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __06/10/2021__ | Basis for the claim: _ | |
| | Last 4 digits of account number __3798__ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |
|---|---|---|---|
| | **Bees Cleaning LLC**<br>**550 N 111Th St Apt2j**<br>**Lafayette, CO 80026** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __08/18/2021__ | Basis for the claim: __Suppliers or Vendors__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $301.70 |
|---|---|---|---|
| | **Bombas, LLC**<br>**881 Broadway**<br>**FRNT 2**<br>**New York, NY 10003-1004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __08/16/2019__ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,725.00 |
|---|---|---|---|
| | **CBIZ MHM, LLC**<br>**700 W 47th St Suite 1100**<br>**Kansas City, MO 64112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __09/13/2021__ | Basis for the claim: __Suppliers or Vendors__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | 5280 Auraria, LLC | Case number (if known) | 22-12059 |
|---|---|---|---|
| | Name | | |

---

**3.8** | **Nonpriority creditor's name and mailing address**
Chase
PO Box 6294
Carol Stream, IL 60197-6294

Date(s) debt was incurred  07/27/2021

Last 4 digits of account number  3160

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,642.03**

---

**3.9** | **Nonpriority creditor's name and mailing address**
Chemsearch FE
2727 Chemsearch Blvd
Irving, TX 75062-6454

Date(s) debt was incurred  04/29/2021

Last 4 digits of account number  8237

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,153.88**

---

**3.10** | **Nonpriority creditor's name and mailing address**
Citi Cards
P.O. Box 78045
Phoenix, AZ 85045

Date(s) debt was incurred  01/02/2021

Last 4 digits of account number  5224

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$15.51**

---

**3.11** | **Nonpriority creditor's name and mailing address**
Clyde Snow & Sessions
201 S Main St #2200
Salt Lake City, UT 84111

Date(s) debt was incurred  06/15/2021

Last 4 digits of account number  4218

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Suppliers or Vendors

Is the claim subject to offset? ■ No  ☐ Yes

**$14,038.45**

---

**3.12** | **Nonpriority creditor's name and mailing address**
Colorado Doorways, Inc.
5151 Bannock St.
#17
Denver, CO 80216

Date(s) debt was incurred  08/17/2021

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,375.35**

---

**3.13** | **Nonpriority creditor's name and mailing address**
Constant Services, Inc.
PO Box 95
Castle Rock, CO 80104

Date(s) debt was incurred  03/17/2020

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,144.09**

---

**3.14** | **Nonpriority creditor's name and mailing address**
Denver Manager of Finance
P.O. Box 40385
Denver, CO 80204

Date(s) debt was incurred  03/22/2022

Last 4 digits of account number  2012

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$669.78**

---

| Debtor | **5280 Auraria, LLC** | | Case number (if known) | **22-12059** |
|---|---|---|---|---|
| | Name | | | |

---

**3.15** | Nonpriority creditor's name and mailing address
**Department of Finance Treasury Division**
PO Box 660860
**Dallas, TX 75266-0860**

Date(s) debt was incurred  **12/22/2021**

Last 4 digits of account number  **9203**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$992.20**

---

**3.16** | Nonpriority creditor's name and mailing address
**Digital Ignite LLC**
1049 Morrison Dr Ste 201
**Charleston, SC 29403-3875**

Date(s) debt was incurred  **06/01/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Suppliers or Vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.17** | Nonpriority creditor's name and mailing address
**Encore Electric**
7125 W Jefferson Ave
**Denver, CO 80235-2333**

Date(s) debt was incurred  **09/25/2020**

Last 4 digits of account number  **4783**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$387.84**

---

**3.18** | Nonpriority creditor's name and mailing address
**Engrain Technology, Inc.**
5560 Greenwood Plaza Blvd Ste 350
**Englewood, CO 80111**

Date(s) debt was incurred  **04/22/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$720.48**

---

**3.19** | Nonpriority creditor's name and mailing address
**Executive Tower Condominium**
1405 Curtis Street
**Denver, CO 80202**

Date(s) debt was incurred  **04/01/2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Suppliers or Vendors**

Is the claim subject to offset? ■ No  ☐ Yes

**$87,222.88**

---

**3.20** | Nonpriority creditor's name and mailing address
**FastSigns 15301**
1650 Champa St
**Denver, CO 80202**

Date(s) debt was incurred  **04/13/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$642.90**

---

**3.21** | Nonpriority creditor's name and mailing address
**Garvin's Sewer Service, Inc.**
2900 S. Shoshone St.
**Englewood, CO 80110**

Date(s) debt was incurred  **09/02/2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$480.00**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | 5280 Auraria, LLC | | Case number (if known) | 22-12059 |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $375.00 |
|---|---|---|---|

**Grace Hill**
1051 14th St.
Denver, CO 80202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/17/2021**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,111.37 |
|---|---|---|---|

**HD Supply Facilities Maintenance**
PO Box 509058
San Diego, CA 92150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/13/2021**

Basis for the claim:  **Suppliers or Vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,752.13 |
|---|---|---|---|

**Heffernan Insurance Brokers Inc.**
811 Wilshire Blvd Ste 810
Los Angeles, CA 90017-2638

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/25/2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141.75 |
|---|---|---|---|

**Hunter Warfield**
4620 Woodland Corporate Boulevard
Tampa, FL 33614

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,194.00 |
|---|---|---|---|

**IRIO, Inc.**
PO Box 734707
Dallas, TX 75373-4707

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04/15/2021**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.59 |
|---|---|---|---|

**Jessica King**
320 Oristo Ridge Way
West Columbia, SC 29170

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/04/2021**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,600.50 |
|---|---|---|---|

**Kirton McConkie**
PO Box 45120
Salt Lake City, UT 84145

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Suppliers or Vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | 5280 Auraria, LLC | Case number (if known) | 22-12059 |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,270.77 |
|---|---|---|---|
| | Mereo Networks<br>96 N 500 W #160<br>Bountiful, UT 84010 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/01/2021 | Basis for the claim:  Suppliers or Vendors | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,643.80 |
|---|---|---|---|
| | Nelson Brothers Property Management, Inc<br>180 Avenida La Pata, 2nd Floor<br>San Clemente, CA 92673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  12/1/2017 | Basis for the claim:  Professional Services | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $558,684.13 |
|---|---|---|---|
| | Nelson Partners Property Management<br>180 Avenida La Pata, 2nd Floor<br>San Clemente, CA 92673 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  10/31/2018 | Basis for the claim:  Suppliers or Vendors | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.64 |
|---|---|---|---|
| | Office Sense LLC<br>dba AnswerHero<br>12855 SW 132nd St. Ste 106<br>Miami, FL 33186-7209 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  06/04/2021 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,944.03 |
|---|---|---|---|
| | Osprey of Aurora, LLC<br>d/b/a Servpro Denver West<br>Mark E. Biddison<br>3825 Iris Avenue, Suite 100<br>Boulder, CO 80301 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  Complaint for Damages | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $455.00 |
|---|---|---|---|
| | Parallel Ventures, Inc.<br>dba Mr. Appliance of Denver<br>10525 E 40th Ave Ste 202<br>Denver, CO 80239 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  11/19/2021 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73.30 |
|---|---|---|---|
| | PeopleG2<br>PO Box 844445<br>Los Angeles, CA 90084-4445 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  01/27/2022 | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,761.25 |
|---|---|---|---|

**Pool Doctor**
P.O. Box 150301
Denver, CO 80215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02/18/2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,279.08 |
|---|---|---|---|

**Real Estate Personnel, Inc.**
1758 Emerson St.
Denver, CO 80218

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03/13/2020**

Basis for the claim:  **Suppliers or Vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |
|---|---|---|---|

**Ring Limited**
P.O. Box 207
Dublin, OH 43017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05/29/2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $851.25 |
|---|---|---|---|

**RK Service**
3800 Xanthia Street
Englewood, CO 80112

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/9/2020**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,130.75 |
|---|---|---|---|

**RT1 Restoration Services, LLC**
29598 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/24/2020**

Basis for the claim:  **Suppliers or Vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,010.00 |
|---|---|---|---|

**SC Environmental**
590 Grey Squirrel Way
Franktown, CO 80116-8762

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07/27/2021**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,340.00 |
|---|---|---|---|

**SNR Contractors & Associates, Inc.**
19029 E. Plaza Drive Suite 250
Parker, CO 80134

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Suppliers or Vendors**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **5280 Auraria, LLC** | Case number *(if known)* | **22-12059** |
|---|---|---|---|
| | Name | | |

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$32,340.00**

**SNR Contractors & Associates, Inc.**
19029 E. Plaza Drive, Suite 250
Parker, CO 80134

Date(s) debt was incurred  __08/18/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,834.50**

**Sorensen Entity Services LLC**
1201 N Orange St. Suite 7044
Wilmington, DE 19801

Date(s) debt was incurred  __07/29/21__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Stanley Steemer International, INC**
PO Box 205819
Dallas, TX 75320-5819

Date(s) debt was incurred  __07/17/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,537.03**

**Staples Advantage**
P.O. Box 660409
Dallas, TX 75266

Date(s) debt was incurred  __03/28/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$375.34**

**T-Mobile**
PO Box 742596
Cincinnati, OH 45274

Date(s) debt was incurred  __06/26/2021__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.48** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,908.65**

**The Curtis Hotel**
1405 Curtis Street
Denver, CO 80203

Date(s) debt was incurred  __12/1/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Suppliers or Vendors__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.49** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,444.74**

**The Premier Group Staffing LLC**
600 S. Broadway
Denver, CO 80209

Date(s) debt was incurred  __08/31/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  __Mechanic's Lien__

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **5280 Auraria, LLC** | Case number (if known) | **22-12059** |
|---|---|---|---|
| | Name | | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$292,660.97** |
|---|---|---|---|
| | **TK Elevator (Thyssenkrupp)** | ☐ Contingent | |
| | **3100 Interstate North Circle SE** | ☐ Unliquidated | |
| | **Ste. 500** | ☐ Disputed | |
| | **Atlanta, GA 30339-2227** | | |
| | Date(s) debt was incurred  08/12/2020 | **Basis for the claim:**  Suppliers or Vendors | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$234,895.37** |
|---|---|---|---|
| | **Trimont Real Estate Advisors** | ☐ Contingent | |
| | **One Alliance Center** | ☐ Unliquidated | |
| | **3500 Lenox Rd NE Suite G1** | ☐ Disputed | |
| | **Atlanta, GA 30326** | | |
| | Date(s) debt was incurred  10/28/2921 | **Basis for the claim:**  Suppliers or Vendors | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$22,262.69** |
|---|---|---|---|
| | **Tryg Group, LLC** | ☐ Contingent | |
| | **1051 14th Street** | ☐ Unliquidated | |
| | **Denver, CO 80202** | ☐ Disputed | |
| | Date(s) debt was incurred  07/06/2021 | **Basis for the claim:**  Suppliers or Vendors | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$774.00** |
|---|---|---|---|
| | **Tschetter Hamrick Sulzer** | ☐ Contingent | |
| | **3600 S. Yosemite St., Ste 828** | ☐ Unliquidated | |
| | **Denver, CO 80237** | ☐ Disputed | |
| | Date(s) debt was incurred  12/31/2019 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300.00** |
|---|---|---|---|
| | **Uloop Inc.** | ☐ Contingent | |
| | **13157 Ludlow Ave** | ☐ Unliquidated | |
| | **Huntington Woods, MI 48070** | ☐ Disputed | |
| | Date(s) debt was incurred  07/05/2021 | **Basis for the claim:** _ | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$20,490.46** |
|---|---|---|---|
| | **Windstream** | ☐ Contingent | |
| | **P.O. Box 3177** | ☐ Unliquidated | |
| | **Cedar Rapids, IA 52406-3177** | ☐ Disputed | |
| | Date(s) debt was incurred  08/01/2021 | **Basis for the claim:**  Suppliers or Vendors | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,765.63** |
|---|---|---|---|
| | **Winstar Marketing** | ☐ Contingent | |
| | **12400 W Hwy 71 Suite 350-345** | ☐ Unliquidated | |
| | **Austin, TX 78738** | ☐ Disputed | |
| | Date(s) debt was incurred  04/27/2020 | **Basis for the claim:**  Suppliers or Vendors | |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **5280 Auraria, LLC** | | Case number (if known) | **22-12059** |
|---|---|---|---|---|
| | Name | | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,202.15 |
|---|---|---|---|
| | **Xcel Energy**<br>**PO Box 9477**<br>**Minneapolis, MN 55484-9477** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  08/10/2021 | Basis for the claim:  Suppliers or Vendors | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,273.61 |
|---|---|---|---|
| | **Xerox Financial Services LLC**<br>**518 17th St #400**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  09/30/2020 | Basis for the claim:  Suppliers or Vendors | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 56,748.55 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,666,532.54 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,723,281.09 |