**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>5280 AURARIA, LLC<br>EIN: 84-3301286,<br><br>Debtor. | Case No. 22-12059 (KHT)<br><br>Chapter 11 |

**ORDER AUTHORIZING THE DEBTOR TO RETAIN AND EMPLOY COLLIERS INTERNATIONAL DENVER AS ITS REAL ESTATE BROKER**

THIS MATTER having come before the Court on the *Application for Entry of an Order Authorizing the Debtor to Employ Colliers International Denver as Its Real Estate Broker* (the "**Application**"), after reviewing the Application and the declaration of Craig Stack of Colliers International filed in support of the Application, the Court HEREBY FINDS:

1. The Application is appropriate under 11 U.S.C. §§ 327 and 328, Fed. R. Bankr. P. 2014, and L.B.R. 2014-1; and

2. Mr. Stack and Colliers International Denver are disinterested persons who are eligible to serve as real estate broker for the Debtor to sell the Property, as defined in the Application, and

3. Mr. Stack of Colliers International Denver is aware of the provisions of 11 U.S.C. § 328 and, notwithstanding such provisions, has agreed accept the employment as real estate broker for the Debtor herein.

IT IS HEREBY ORDERED:

4. The Application is APPROVED;

5. Mr. Stack of Colliers International Denver is hereby authorized to act as real estate broker for the Debtor, consistent with the Application, pursuant to the terms of the Listing Agreement; and

6. Colliers International Denver may be paid a 0.5% commission of the final purchase price of the Property upon the closing of the sale of the Property.

24838771

2

Dated this 30th day of November, 2022.

BY THE COURT:

*Kimberley H. Th—*
United States Bankruptcy Judge

24838771