# EXHIBIT A

# **EXHIBIT 39**

**Projected Revenue, Expenses and Cash Flow From Present Through Sale or Refinancing Event**

| | January 2024 | February 2024 | March 2024 | April 2024 | May 2024 | June 2024 | July 2024 | August 2024* | September 2024 | October 2024 | November 2024 | December 2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Cash Balance* | $1,625,969.39 | $535,068.87 | $554,518.82 | $504,336.77 | $346,859.41 | $380,120.32 | $424,938.27 | $416,756.22 | $395,576.94 | $439,397.66 | $480,218.38 | $504,039.10 |
| Less Accrued Legal Fees | -$877,350.47 | | | | | | | | | | | |
| Income & Receipts | | | | | | | | | | | | |
| Gross Potential Rent** | $466,759.00 | $466,759.00 | $466,759.00 | $466,759.00 | $466,759.00 | $466,759.00 | $466,759.00 | $480,761.77 | $480,761.77 | $480,761.77 | $480,761.77 | $480,761.77 |
| Rent Adjustments | -$25,227.00 | -$25,227.00 | -$25,227.00 | -$25,227.00 | -$25,227.00 | -$25,227.00 | -$25,227.00 | -$25,227.00 | -$25,227.00 | -$25,227.00 | -$25,227.00 | -$25,227.00 |
| Total Rent | $441,532.00 | $441,532.00 | $441,532.00 | $441,532.00 | $441,532.00 | $441,532.00 | $441,532.00 | $455,534.77 | $455,534.77 | $455,534.77 | $455,534.77 | $455,534.77 |
| Residential Fees | $17,170.00 | $17,170.00 | $17,170.00 | $17,170.00 | $17,170.00 | $17,170.00 | $17,170.00 | $17,170.00 | $17,170.00 | $17,170.00 | $17,170.00 | $17,170.00 |
| Parking Revenue | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Laundry Income | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 | $1,800.00 |
| Other Income (Storage, Vending, Upgrades) | $332.00 | $332.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 | $700.00 |
| Bad Debt - Allowance | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 | $4,000.00 |
| Total Income & Receipts | $464,834.00 | $464,834.00 | $465,202.00 | $465,202.00 | $465,202.00 | $465,202.00 | $465,202.00 | $479,204.77 | $479,204.77 | $479,204.77 | $479,204.77 | $479,204.77 |
| (Expenses & Disbursements) | | | | | | | | | | | | |
| G&A - Office | $7,527.00 | $7,527.00 | $7,527.00 | $7,527.00 | $7,527.00 | $7,527.00 | $7,527.00 | $7,527.00 | $7,527.00 | $7,527.00 | $7,527.00 | $7,527.00 |
| Payroll | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 |
| Leasing and Marketing | $8,723.00 | $8,723.00 | $8,723.00 | $8,723.00 | $8,723.00 | $8,723.00 | $8,723.00 | $8,723.00 | $8,723.00 | $8,723.00 | $8,723.00 | $8,723.00 |
| Insurance | $7,704.69 | $7,704.69 | $7,704.69 | $0.00 | $19,261.73 | $7,704.69 | $7,704.69 | $7,704.69 | $7,704.69 | $7,704.69 | $7,704.69 | $7,704.69 |
| Property Management Fees | $8,563.74 | $8,563.74 | $8,563.74 | $8,563.74 | $8,563.74 | $8,563.74 | $8,563.74 | $8,563.74 | $8,563.74 | $8,563.74 | $8,563.74 | $8,563.74 |
| Maintenance (not including turn costs) | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 | $5,550.00 |
| Turn Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $55,000.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Service Contracts | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 | $7,000.00 |
| Utilities | $41,472.00 | $41,472.00 | $41,472.00 | $41,472.00 | $41,472.00 | $41,472.00 | $41,472.00 | $41,472.00 | $41,472.00 | $41,472.00 | $41,472.00 | $41,472.00 |
| Other Property Expenses | $5,703.87 | $5,703.87 | $5,703.87 | $5,703.87 | $5,703.87 | $5,703.87 | $5,703.87 | $5,703.87 | $5,703.87 | $5,703.87 | $5,703.87 | $5,703.87 |
| Real Estate Taxes | | | | $190,000.00 | | | | | | | | |
| (Total Monthly Operational Expenses) | $132,244.30 | $132,244.30 | $132,244.30 | $314,539.61 | $143,801.34 | $132,244.30 | $132,244.30 | $187,244.30 | $132,244.30 | $132,244.30 | $132,244.30 | $132,244.30 |
| **Cash Generated from Operations (NOI)** | **$332,589.70** | **$332,589.70** | **$332,957.70** | **$150,662.39** | **$321,400.66** | **$332,957.70** | **$332,957.70** | **$291,960.47** | **$346,960.47** | **$346,960.47** | **$346,960.47** | **$346,960.47** |
| Bankruptcy Expenses | | | | | | | | | | | | |
| U.S. Trustee Quarterly Fees | $13,000.00 | $0.00 | $0.00 | $15,000.00 | $0.00 | $0.00 | $13,000.00 | $0.00 | $0.00 | $13,000.00 | $0.00 | $0.00 |
| Plan Payments to DB Auraria | $282,333.33 | $282,333.33 | $282,333.33 | $282,333.33 | $282,333.33 | $282,333.33 | $282,333.33 | $282,333.33 | $282,333.33 | $282,333.33 | $282,333.33 | $282,333.33 |
| Plan Payments to GID | $218.17 | $218.17 | $218.17 | $218.17 | $218.17 | $218.17 | $218.17 | $218.17 | $218.17 | $218.17 | $218.17 | $218.17 |
| Plan Payments to RediCarpet | $495.69 | $495.69 | $495.69 | $495.69 | $495.69 | $495.69 | $495.69 | $495.69 | $495.69 | $495.69 | $495.69 | $495.69 |
| Plan Payments to SNR | $92.56 | $92.56 | $92.56 | $92.56 | $92.56 | $92.56 | $92.56 | $92.56 | $92.56 | $92.56 | $92.56 | $92.56 |
| Legal Professional Fees*** | $250,000.00 | $30,000.00 | $100,000.00 | $10,000.00 | $5,000.00 | $5,000.00 | $45,000.00 | $30,000.00 | $20,000.00 | $10,000.00 | $40,000.00 | $100,000.00 |
| **(Total Monthly Bankruptcy Expenses)** | **$546,139.75** | **$313,139.75** | **$383,139.75** | **$308,139.75** | **$288,139.75** | **$288,139.75** | **$341,139.75** | **$313,139.75** | **$303,139.75** | **$306,139.75** | **$323,139.75** | **$383,139.75** |
| | | | | | | | | | | | | |
| Ending Cash Balance | $535,068.87 | $554,518.82 | $504,336.77 | $346,859.41 | $380,120.32 | $424,938.27 | $416,756.22 | $395,576.94 | $439,397.66 | $480,218.38 | $504,039.10 | $467,859.82 |

*This is the ending cash balance from the Debtor's December 2023 bank statements.
**Assumes a 3% increase in rent YOY.
***Legal professional Fees may be paid on an interim basis in accordance with the procedures set forth by Court order but will only be paid on a final basis in such amounts as permitted by Court order.