**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| In re:<br><br>5280 AURARIA, LLC<br>EIN: 84-3301286,<br><br>Debtor. | Case No. 22-12059-KHT<br><br>Chapter 11 |

**ORDER GRANTING MOTION TO RECONSIDER (I) ORDER DENYING PLAN CONFIRMATION AND (II) ORDER GRANTING RELIEF FROM AUTOMATIC STAY PURSUANT TO FED. R. BANKR. P. 9023 AND FED. R. CIV. P. 59(e)**

THIS MATTER coming before the Court on the Debtor's Motion to Reconsider (I) Order Denying Plan Confirmation and (II) Order Granting Relief From Automatic Stay Pursuant to Fed. R. Bankr. P. 9023 and Fed. R. Civ. P. 59(e) (the "Motion"), the Court having read the Motion, and being otherwise fully advised in the premises, the Court hereby:

ORDERS that the Motion is granted;

FURTHER ORDERS that the Court's Order (Docket No. 831) denying confirmation of the Debtor's Second Amended Plan of Reorganization, as Modified February 1, 2024 (Docket No. 723) (the "Plan") is vacated;

FURTHER ORDERS that the Court's Order on Motion for Relief from Stay (Docket No. 832) is hereby vacated; and

FURTHER ORDERS that the Plan is hereby confirmed pursuant to 11 U.S.C. § 1129.

Dated: _____, 2024

_____
United States Bankruptcy Judge

30504726